IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JAMES COLLINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  07-3017 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Petitioner James Collins' Application to Appeal in Forma Pauperis (d/e 12 & 17) (IFP Motion) and his Motion for a Certificate of Appealability (d/e 13).  Collins initially failed to file the required affidavit in support of his IFP Motion and failed to identify the issues he wished to raise on appeal.  See Text Order entered June 20, 2007.  He has now provided this information.  Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (d/e 17).  The Court has reviewed the Affidavit and determines that Collins should be allowed to proceed in forma pauperis.

Collins, however, is not entitled to a certificate of appealability.  This

1

Court dismissed Collins' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 because it was a second, successive § 2255 motion, and Collins did not have the required permission from the Court of Appeals to file such a motion. <u>Text Order entered May 18, 2007</u>. When such a petition is dismissed on procedural grounds, a certificate of appealability is appropriate only if the petitioner shows "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). No jurist of reason would find this Court's procedural ruling to be debatable. Collins did not have permission from the Court of Appeals to file a second § 2255 motion. 28 U.S.C. §§ 2244(b) & 2255 ¶ 8. This Court therefore cannot grant him a certificate of appealability.

THEREFORE, Petitioner James Collins' Application to Appeal in Forma Pauperis (d/e 12 & 17) is ALLOWED, and his Motion for a Certificate of Appealability (d/e 13) is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER:   July 6, 2007.

    FOR THE COURT:

                                              s/ Jeanne E. Scott
                                              JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE